```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04918
   KELSEY L STEVENSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7319

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/20/2007 and was confirmed 05/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG         .00             .00            .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE      2332.18            .00        2332.18
COOK COUNTY TREASURER     SECURED            2205.00            .00         477.75
IL STATE DISBURSEMENT UN  DSO ARREARS        3844.66            .00            .00
CAC FINANCIAL GROUP       UNSECURED         NOT FILED           .00            .00
CAPITAL ONE               UNSECURED           835.87            .00            .00
CREDIT BUREAU ACCOUNTS    UNSECURED         NOT FILED           .00            .00
DAIMLERCHRYSLER SERV OF   UNSECURED         12556.54            .00            .00
DEPENDON COLLECTION SE    UNSECURED         NOT FILED           .00            .00
HARRIS                    UNSECURED         NOT FILED           .00            .00
INSURANCE ANSWER CENTER   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         NOT FILED           .00            .00
NICOR GAS                 UNSECURED         NOT FILED           .00            .00
NICOR GAS                 UNSECURED         NOT FILED           .00            .00
RMI/MCSI                  UNSECURED           250.00            .00            .00
SUNRISE CREDIT            UNSECURED         NOT FILED           .00            .00
VILLAGE OF OAK PARK       UNSECURED         NOT FILED           .00            .00
WELL GROUP HEALTH PARTNE  UNSECURED          1373.54            .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           996.42            .00            .00
CITY OF CHICAGO WATER DE  SECURED            2400.00            .00         300.00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       314.00            .00         314.00
IL STATE DISBURSEMENT UN  UNSECURED            19.01            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                           438.19
DEBTOR REFUND             REFUND                                               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04918 KELSEY L STEVENSON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  6,362.12

PRIORITY                                         314.00
SECURED                                        3,109.93
UNSECURED                                            .00
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             438.19
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                   6,362.12              6,362.12
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 01/27/09                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE